# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|------------|------------|---------------|---------------|-----------------|
| Akorn Operating Company, LLC | CT Logistics | 1/6/2023 | Wire | $ 17,116.66 |
| | | | | $ 17,116.66 |